UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

JAMES MERRITT,

    Petitioner,

v.                                           CASE NO. 6:09-cv-863-Orl-22KRS

SECRETARY, DEPARTMENT OF
CORRECTIONS, et al.,

    Respondents.
_____

## ORDER

This case is before the Court on the following motion:

    **MOTION**:    Petitioner's Motion to Deny Extension of Time
                          (Doc. No. 6, filed July 20, 2009).

Thereon it is **ORDERED** that the motion is **DENIED** without prejudice. At this time, there are no motions for extension of time pending. Upon the filing of such a motion by Respondents, Petitioner may file a response in opposition to the motion.

**DONE AND ORDERED** at Orlando, Florida this 23d day of July, 2009.

*Karla R. Spaulding*
KARLA R. SPAULDING
UNITED STATES MAGISTRATE JUDGE

Copies to:
sc 7/23
James Merritt
Counsel of record